# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00651-CV

**John Stritzinger, Appellant**

**v.**

**Katherine Wright, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT**
**NO. D-1-FM-04-004690, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

In this cause, John Stritzinger appealed from a July 29, 2010, "Order on Report From Therapeutic Supervisor and Motion to Return Passport." Appellee Katherine Wright filed a motion to dismiss this appeal for want of subject-matter jurisdiction, urging that the order on appeal is not final and appealable and that the legislature has not granted this Court appellate jurisdiction over this type of interlocutory order. Stritzinger initially filed a motion to consolidate this cause with two other causes for briefing or record purposes, then filed a motion to withdraw his motion to consolidate, then filed an "answer" in which he states that he does not oppose Wright's dismissal motion but requests that we seal the record in this cause. We grant Wright's now-unopposed motion to dismiss this appeal for want of subject-matter jurisdiction, deny Stritzinger's motion to seal, and dismiss as moot Stritzinger's other pending motions.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:  December 15, 2010